In the Matter of the Presentment by the Grand Jury for the Additional Extraordinary Special and Trial Term of the Supreme Court, Kings County, and the Members Thereof as Such Grand Jurors and as Individuals and Taxpayers of the City of New York, County of Kings, of Charges of Alleged Professional Misconduct and Conduct Prejudicial to the Administration of Justice against JACOB SIEGFRIED, an Attorney and Counselor at Law, Respondent.— Matter referred to Hon. Leander B. Faber, official referee, to hear and to report with his opinion. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

In the Matter of the Presentment by the Grand Jury for the Additional Extraordinary Special and Trial Term of the Supreme Court, Kings County, and the Members Thereof as Such Grand Jurors and as Individuals and Taxpayers of the City of New York, County of Kings, of Charges of Alleged Professional Misconduct and Conduct Prejudicial to the Administration of Justice against PETER S. SPITZ, an Attorney and Counselor at Law, Respondent.— Matter referred to Hon. Leander B. Faber, official referee, to hear and to report with his opinion. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

## THIRD DEPARTMENT, APRIL, 1942.
### (April 29, 1942.)

In the Matter of the Claim of JONATHAN WOOD, Appellant, against BOARD OF EDUCATION (NEW ROCHELLE, N. Y.) and STATE INSURANCE FUND, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Motion to prosecute appeal on typewritten record granted, with ten dollars costs. Hill, P. J., Bliss and Foster, JJ., concur; Crapser, J., dissents, on the ground that the moving papers fail to show facts to bring the application within section 199 of the Civil Practice Act. Heffernan, J., dissents.

In the Matter of the Claim for Benefits under Article 18 of the Labor Law, Made by LILA FITZGERALD, Respondent. DICTOGRAPH PRODUCTS COMPANY, INC., Appellant; FRIEDA S. MILLER, as Industrial Commissioner, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ.

IRENE C. ALBRIGHT, Appellant, v. NEW YORK LIFE INSURANCE COMPANY, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied, without costs. Present — Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ.